**94–113.** Queen City Terminals, Inc. v. Gen. Am. Transp. Corp. *Hamilton County,* Nos. C–920088 and C–920112. Reported at 73 Ohio St.3d 609, 653 N.E.2d 661. On motion for reconsideration.

Motion denied.

WRIGHT, J., not participating.